

2014 SEP 18 PM 1: 47



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>v.<br><br>JOSE WHITE LONGA, FRANCIS CHARLIE MADEUS, MINORICHY NISAR T. RUGANTE<br><br>Defendants. | CRIMINAL CASE NO. CF 0023-14<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 8th day of September, 2014, for a pre-trial conference. Assistant Attorney General Brian D. Gallagher represented the People of Guam, Attorney John C. Terlaje represented the Defendant Jose White Longa, Attorney Douglas B. Moylan represented the Defendant Francis Charlie Madeus, and Attorney Mark S. Smith represented the Defendant Minorichy Nisar T. Rugante. The Court finds good cause in the facts and representations made by the People of Guam that the results of the Federal Bureau of Investigation's testing and analysis of DNA evidence are still pending, and no objections being made by any of the Defendants, the Court GRANTS the People of Guam's Motion to Continue.

The Court sets the following schedule. A status hearing on the status of the DNA evidence shall be held on **November 14, 2014 at 9:30am**. The pre-trial conference shall be held on **January 14, 2015 at 2:00 pm**. Jury selection and trial shall commence on **January 21, 2015 at 10:00 am**.

**IT IS SO ORDERED** this SEP 1 8 2014 _____.

_____
**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

AB's: John Terlaje; PMR
D. Baulen; M. Smith
Date: 9/12/14 Time: 150pm

Deputy Clerk, Superior Court of Guam